Jeffrey T. Hammerschmidt, #131113
Kevin P. Rooney, # 107554
**HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, MICHAEL MEECE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br><br>MICHAEL MEECE,<br><br>        Defendant. | Case No.: 1:19-po-00010-SAB<br><br>STIPULATION AND ORDER<br>TO RESCHEDULE SENTENCING |

      THE PARTIES HEREBY STIPULATE AND AGREE to continue the CVB hearing presently set for February 21, 2019, to March 21, 2019.

      This request and stipulation is based upon the recency in which counsel was obtained by defendant and the necessary time needed to prepare for any hearing on the matter. Defendant obtained counsel regarding this matter on the afternoon of February 7, 2019. Defense counsel for Mr. Meece attended an unrelated hearing on February 8, 2019 that took the entirety of the day. Additionally, defense counsel for Mr. Meece is unavailable from February 9, 2019-February 16, 2019 due to a pre-planned personal trip outside of California.

      Wherefore, based on the files and records in this case and for the reasons presented above, the Parties stipulate and agree to a continuance of the CVB hearing to March 21, 2019, this will allow reasonable time necessary for all parties; and that an Order issue excluding time

between February 21, 2019 and March 21, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) where the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. Counsel confirmed with the Court's calendar that March 21, 2019 is available to conduct this hearing.

| /s/ Kevin Rooney | /s/ Gary Leuis |
|---|---|
| KEVIN P. ROONEY<br>Attorney for Defendant,<br>Michael Meece<br>Dated: February 13, 2019 | Gary Leuis<br>Special Assistant U.S. Attorney<br>Dated: February 13, 2019 |

IT IS ORDERED that the defendant's initial appearance be continued to Thursday, March 21, 2019 at 10:00 a.m. for initial appearance. At this point, the defendant has yet appeared and entered a plea, so sentencing is not applicable. The defendant is ordered to appear on March 21, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **February 13, 2019**

UNITED STATES MAGISTRATE JUDGE