| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | GARY M. LEUIS<br>Special Assistant United States Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-po-00010-SAB |
|---|---|
| Plaintiff, | [Citations #6043624, #6043625, #6043556] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| MICHAEL MEECE | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:19-po-00010-SAB [Citations #6043624, #6043625, #6043556] against MICHAEL MEECE, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 7, 2019

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Gary M. Leuis
GARY M. LEUIS
Special Assistant United States Attorney

1

# **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:19-po-00010-SAB [Citations #6043624, #6043625, #6043556] against MICHAEL MEECE be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **March 8, 2019**

UNITED STATES MAGISTRATE JUDGE